IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ANTHONY OWENS                                                                   PLAINTIFF

v.                          Civil No. 06-2063

FARMER'S INSURANCE GROUP; KEVIN
BELL, Supervisor; MRS. MOUZS, Adjuster;
DEBORAH AVILLION, Office of Child Support
Enforcement; and ROBERT BOB BATEMAN                           DEFENDANTS

**ORDER**

Plaintiff has submitted for filing in this district a civil rights complaint pursuant to 42 U.S.C. § 1983. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper and service of process. The United States District Clerk is hereby directed to file the complaint.

Plaintiff's in forma pauperis application has been returned without filing and plaintiff is given up to and including June 26, 2006, in which to have the application completed by detention center personnel regarding plaintiff's inmate account. The application should be returned to the undersigned for review and filing. **Should plaintiff fail to return the application within the required period of time or complete the application as directed, his complaint will become subject to summary dismissal for failure to obey a court order.**

IT IS SO ORDERED this 24th day of May 2006.

U.S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED
MAY 24 2006
CHRIS R. JOHNSON, CLERK
BY
DEPUTY CLERK

/s/ Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)