IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ANTHONY E. OWENS                                          PLAINTIFF

    v.                        No. 06-2063

FARMERS INSURANCE GROUP;
KEVIN BELL, Supervisor,
Farmers Insurance Group;
MRS. MOUZS, Adjuster, Farmers
Insurance Group; DEBORAH AVILLION,
Office of Child Support Enforcement;
and ROBERT BOB BATEMAN                                    DEFENDANTS

## **ORDER**

Now on this 19th day of July 2006, there comes on for consideration the report and recommendation filed herein on June 28, 2006, by the Honorable Beverly Stites Jones, United States Magistrate Judge for the Western District of Arkansas. (Doc. 12). No objections to the report and recommendation were filed.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's complaint is dismissed prior to service of process on the grounds that the claims asserted by Plaintiff are frivolous. *See* 28 U.S.C. § 1915(e)(2)(B)(i)-(iii)(IFP action may be dismissed on such grounds at any time.)

IT IS SO ORDERED.

                                                /s/ Robert T. Dawson
                                                Honorable Robert T. Dawson
                                                United States District Judge